IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

CATHERINE MCCARROLL
*Plaintiff*

VERSUS                                      CIVIL ACTION NO.: __5:22-cv-10-DCB-RHWR__

DOLGENCORP LLC AND FICTITIOUS
DEFENDANTS A-Z
*Defendants*

### COMPLAINT FOR CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)
(Jury Trial Requested)

Plaintiff, CATHERINE MCCARROLL, by and through undersigned counsel, Todd M.
Farrar with the law firm of Haug, Farrar & Franco, PLLC, files this Civil Complaint against
Defendant(s), DOLGENCORP, LLC AND FICTITIOUS DEFENDANTS A-Z (hereinafter
referred to collectively as "Defendant(s)") and respectfully shows this Honorable Court as follows:

I.      **Parties**

1.      Plaintiff, Catherine McCarroll (hereinafter referred to as "Plaintiff" or "Ms. McCarroll"),
        is an adult resident citizen domiciled in the city of Independence, Tangipahoa Parish, State
        of Louisiana with her address at 52145 Mumphrey Road, Independance, LA 70443.

2.      Defendant(s), Dolgencorp, LLC d/b/a Dollar General (hereinafter referred to as
        "Defendant(s)" or "Dollar General") is, upon information and belief and at all times
        mentioned herein, a limited liability company organized and existing under the laws of
        Mississippi, doing business as Dollar General in Amite County, Mississippi. Dolgencorp,
        LLC's registered agent for service of process is listed as Corporation Service Company,
        7716 Old Canton Road, Suite C, Madison, Mississippi 39110 with the Mississippi

Secretary of State. Their principal place of business is listed as 100 Mission Ridge, Goodlettsville, TN 37072.

3.    Fictitious Defendants A-Z are various unidentified individuals and/or entities which own, operate, maintain, employ, and/or manage the Dollar General believed to be store #10638, located at 650 MS-33 N., Gloster, MS 39638, believed to be the location of this premises liability civil action. It is presently unknown to the Plaintiff if any entities in addition to Dolgencorp, LLC may be responsible, in part, for the conduct complained of herein and the resulting injuries to the Plaintiff. Plaintiff will make diligent inquiries during discovery to ascertain whether any other individuals or entities associated with Dolgencorp, LLC and/or Dollar General should be named in this Complaint. Plaintiff will, with leave of Court, replace Fictitious Defendants A through Z as named Defendants in this action by amendment or supplemental pleadings in accordance with the Federal Rules, as soon as practical or identified, with their service relating back to the original date of the filing of this action.

## II.    Basis for Jurisdiction

4.    Under 28 U.S.C § 1332, this Court has federal diversity of citizenship jurisdiction as the amount in controversy exceeds $75,000.00 (seventy-five thousand dollars) and the Plaintiff and Defendant are citizens of different states. Additionally, upon information and belief, the claim occurred or accrued in the County of Amite, State of Mississippi, which is located within this Court's Southern District, Western Division.

A.    The Plaintiff is an individual, Catherine McCarroll, who is a citizen of the State of Louisiana.

B.      The Defendant is a Limited Liability Company organized and existing under the laws of the State of Mississippi and has its principal place of business in the State of Tennessee.

C.      The amount in controversy is more than $75,000.00 (seventy-five thousand dollars), not including interest and costs of court. Plaintiff has already sustained approximately $72,828.99 in past medical expenses and has additional claims, including but not limited to past, present, and future: physical pain, suffering, disfigurement, scarring, loss of earning capacity, mental and emotional anguish, and medical expenses.

## III.    Statement of Claim

5.      Ms. McCarroll incorporates paragraphs 1-4 as if fully set forth herein.

6.      On or about February 23, 2019, Ms. McCarroll was a business invitee at Defendant's premises, a Dollar General store located at address 650 MS Highway 33, Gloster, Mississippi (hereinafter referred to as "premises", "store" or "facility").

7.      While shopping at the Defendant's store, Ms. McCarroll slipped and fell due to an unusually dangerous condition located and existing on the floor. As a result of the slip and fall, Plaintiff was seriously injured.

8.      At all times relevant to this Complaint, Defendant(s) owned, operated, maintained, managed, and/or controlled the Dollar General located at 650 MS Highway 33, Gloster, Mississippi, 39638 and is vicariously liable for the negligent acts or omissions of their employees, servants, managers, or agents.

9.      As owner, operator, and/or manager of said premises, the Defendant(s) owed a duty of reasonable care to its invitees, such as Ms. McCarroll, to maintain the premises in a reasonably safe condition. The Defendant(s): (1) performed acts that a person/entity of

ordinary prudence in the same or similar circumstances would not have done; or (2) failed

to perform acts that a person/entity of ordinary prudence would have done under the same

or similar circumstances.

10.  Defendant(s) were negligent and breached their duty to provide reasonable care to their

invitees by their actions and/or omissions (by their owners, employees, servants, managers,

or other agents), in that they, among other things:

a.    Failed to provide a safe place for invitees on the premises;

b.    Carelessly and negligently permitted and allowed an unsafe condition to develop

and/or remain in the area where invitees, including Ms. McCarroll, travelled;

c.    Failed to adequately and properly inspect, discover, and correct the dangerous or

hazardous conditions;

d.    Failed to take reasonable precautions to guard against or to protect Ms. McCarroll

against said dangerous or hazardous conditions;

e.    Failed to properly train, hire and/or supervise employees and/or to implement

proper procedures to ensure the premises was a safe place for invitees;

f.    Failed to properly warn Ms. McCarroll of the dangerous or hazardous condition or

to provide proper protection against such dangerous or hazardous conditions;

g.    Failed to maintain the business establishment in the best possible and reasonable

manner; and/or

h.    All other acts of negligence and/or gross negligence which caused the accident sued

upon herein and will be shown at the trial of this civil action.

11.  At all material times, Defendant(s), by and through its agents, servants, and/or employees,

knew, or in the exercise of reasonable care, should have known of the existence of the

dangerous and hazardous condition on the premises and/or the condition existed for such a length of time that the Defendants should have corrected the dangerous condition prior to the slip/trip and fall that injured Ms. McCarroll.

12.    As a direct, foreseeable, and/or proximate result of Defendant(s) negligent acts and/or omissions, and upon all information and belief, Ms. McCarroll has suffered serious injuries which non-exclusively include pain, swelling, tenderness, decreased range of motion, decreased strength, instability, use of medical devices, prescriptions and/or surgical remedies involving her left ankle and fibula, and/or other injury locations on her body or other injuries which may be shown at the trial of this civil action.

## IV.    Relief

13.    As a direct, foreseeable, and/or proximate result of Defendant(s) negligent acts and/or omissions, and upon all information and belief, Ms. McCarroll was seriously injured resulting in bodily injuries, including but not limited to, a left distal fibular fracture, left ankle pain, an open reduction and internal fixation to her left distal fibula, and exploration and surgical repair to the medial aspect of Plaintiff's ankle and lower leg. She has suffered damages including but not limited to past medical expenses of at least approximately $72,828.99; future expenses for medical care/treatment; past and future physical pain and suffering; disfigurement; disabling and/or permanent bodily injuries; scarring; past and future loss of enjoyment of life; attorney's fees; past and future mental and emotional suffering; past and future loss of ability to earn money; and/or aggravation of a previously existing condition. Upon information and belief, Ms. McCarroll will continue to suffer these damages in the future.

14.   Ms. McCarroll submits that she is entitled to a trial by jury upon all counts and issues herein and hereby requests and prays for a TRIAL BY JURY.

**V.    Certification and Closing**

15.   Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this Complaint: (1) is not being presented for improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the Complaint otherwise complies with the requirements of Federal Rule of Civil Procedure, Rule 11.

**WHEREFORE,** Plaintiff, CATHERINE MCCARROLL, prays that the Defendant(s) be lawfully served with a copy of this Complaint and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, respectfully demands judgment against Defendant(s), DOLGENCORP, LLC AND FICTITIOUS DEFENDANTS A-Z, as alleged, together with compensatory damages, legal interest, attorney's fees and for all costs of these proceedings, including expert witness fees, to be assessed as costs of court, special and general damages, and for all legal and equitable relief this Honorable Court shall find just and appropriate.

Plaintiff respectfully requests a **TRIAL BY JURY** on all issues raised herein.

RESPECTFULLY SUBMITTED, this the 22nd day of February, 2022

BY:   _____
Todd M. Farrar, MS Bar No. 104120
*Attorney for Plaintiff*

Civil Complaint – Catherine McCarroll
Page 6 of 7

Respectfully Submitted by:

TODD M. FARRAR, MS BAR NO. 104120
Haug, Farrar & Franco, PLLC
2336 Government Street
Ocean Springs, MS 39564
Phone: (228) 872-8752
Facsimile: (877) 325-2747
Email: todd@hff-lawyers.com
*Attorney for Plaintiff*